# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**SLEP-TONE ENTERTAINMENT CORPORATION,**

      **Plaintiff,**

vs.                              **CASE NO. 5:10cv71/RS-MD**

**KARA-O-KING, INC., et al.,**

      **Defendants.**

_____/

## ORDER

Before me is Plaintiff's response to my order to show cause (Doc. 20).

**IT IS ORDERED:**

1. Pursuant to Fed. R. Civ. P. 4(m), Plaintiff's claims against Defendants Robert Paynter, Jr., Christopher Dunn, and David Harris are dismissed without prejudice.

2. Plaintiff shall serve the remaining Defendants not later than December 29, 2010.

3. The U.S. Marshal shall at Plaintiff's expense effect service of process on Defendant Anthony Griffin.

**ORDERED** on November 30, 2010.

                                            **/s/ Richard Smoak**
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**