# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**SLEP-TONE ENTERTAINMENT**
**CORPORATION,**

       **Plaintiff,**

**vs.**                              **CASE NO. 5:10cv71/RS-CJK**

**KARA-O-KING, INC., et al.,**

       **Defendants.**
_____/

## ORDER

Defendant Big Dog Karaoke shall show cause not later than March 21, 2011, why it has failed to file a corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1 and the order dated February 7, 2011 (Doc. 44).

**ORDERED** on March 14, 2011.

                                   **/s/ Richard Smoak**
                                   **RICHARD SMOAK**
                                   **UNITED STATES DISTRICT JUDGE**