**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**SLEP-TONE ENTERTAINMENT CORP.,**

       **Plaintiff,**

**vs.**                         **CASE NO. 5:10-cv-71/RS-CJK**

**KARA-O-KING INC, et. al,**

       **Defendants.**
_____/

**ORDER**

In Response to my Order (Doc. 62), Plaintiff has represented (Doc. 63) that the

following Defendants have operations or reside in districts outside of the Northern

District:

| Defendant | Residence | District | Operations | District |
|-----------|-----------|----------|------------|----------|
| Karoke Miami LLC | Miami-Dade | SD | Miami-Dade | SD |
| Jason Butler | Pasco | MD | Hillsborough | MD |
| Big Dog Karoke | Hernando | MD | Hernando/Pinellas | MD |
| Katherine L. Simmons | Hernando | MD | Hernando/Pinellas | MD |
| Wilfred J. Simmons | Hernando | MD | Hernando/Pinellas | MD |
| Gary J. Sonnay | Pinellas | MD | Pasco | MD |
| Dale Dunn | Pasco | MD | Pasco | MD |
| Dunn Deal Entertainment | Hillsborough | MD | Hillsborough | MD |

| Chris Dunn | Unknown | | Hillsborough | MD |
|---|---|---|---|---|
| Joseph A. Dunn | Unknown | | Hillsborough | MD |

**IT IS ORDERED**:

The clerk is directed to transfer these Defendants to the appropriate district.

**ORDERED** on July 8, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**